IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEYLA GAIVEHCHI, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:19-CV-980-L** |
| WILHELM BIERMAN, Field Office Director, U.S. Citizenship & Immigration Services, | § | |
| Defendant. | § | |

## ORDER

This case was referred to Magistrate Judge David Horan, who entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on October 1, 2019, recommending that the action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiff Leyla Gaivehchi's failure to effect service on Defendant, and pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with a court order requiring Plaintiff to effect service by September 3, 2019. No objections were filed to the Report.

Having reviewed the pleadings, file, record in this case, and the Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action pursuant to Federal Rules of Civil Procedure 4(m) and 41(b) for Plaintiff's failure to effect service on Defendant and failure to comply with the court's order to do so.

**It is so ordered** this 15th day of November, 2019.

_____
Sam A. Lindsay
United States District Judge